# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RAYMOND J. STAGE & DAWN M. STAGE    Case Number: 06-70804
18864 WALLER ROAD    SSN-xxx-xx-6403 & xxx-xx-3913
FULTON, IL 61252

|  |  |
|---|---|
| Case filed on: | 5/10/2006 |
| Plan Confirmed on: | 9/15/2006 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $56,177.39    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 3,000.00 | 3,000.00 | 2,200.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,200.00 | 0.00 |
| 998 | RAYMOND J. STAGE | 0.00 | 0.00 | 364.56 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 364.56 | 0.00 |
| 001 | CENTRAL BANK ILLINOIS | 3,647.00 | 3,287.81 | 3,287.81 | 264.07 |
| 002 | UNITED COMMUNITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 3,647.00 | 3,287.81 | 3,287.81 | 264.07 |
| 003 | ATLANTIC CREDIT & FINANCE INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 5,550.44 | 5,550.44 | 5,550.44 | 0.00 |
| 005 | BLATT HASENMILLER LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | LVNV FUNDING LLC | 2,334.55 | 2,334.55 | 2,334.55 | 0.00 |
| 007 | PORTFOLIO RECOVERY ASSOCIATES | 489.04 | 489.04 | 489.04 | 0.00 |
| 008 | CAPITAL ONE | 877.85 | 877.85 | 877.85 | 0.00 |
| 009 | CENTRAL BANK ILLINOIS | 650.07 | 152.69 | 152.69 | 0.00 |
| 010 | B-LINE LLC | 778.72 | 778.72 | 778.72 | 0.00 |
| 011 | CITI / CREDIT DISPUTE UNIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 7,805.89 | 7,805.89 | 7,805.89 | 0.00 |
| 013 | LVNV FUNDING LLC | 6,287.93 | 6,287.93 | 6,287.93 | 0.00 |
| 014 | CITIBANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LVNV FUNDING LLC | 1,045.35 | 1,045.35 | 1,045.35 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 4,024.63 | 4,024.63 | 4,024.63 | 0.00 |
| 017 | GEMB KS MERCHANDISE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 381.12 | 381.12 | 381.12 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 262.77 | 262.77 | 262.77 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 2,294.15 | 2,294.15 | 2,294.15 | 0.00 |
| 021 | B-LINE LLC | 1,176.25 | 1,176.25 | 1,176.25 | 0.00 |
| 022 | HSBC NEVADA, NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROUNDUP FUNDING LLC | 2,724.47 | 2,724.47 | 2,724.47 | 0.00 |
| 025 | LVNV FUNDING LLC | 4,377.83 | 4,377.83 | 4,377.83 | 0.00 |
| 026 | ECAST SETTLEMENT CORPORATION | 769.97 | 769.97 | 769.97 | 0.00 |
| 027 | ROUNDUP FUNDING LLC | 2,930.20 | 2,930.20 | 2,930.20 | 0.00 |
| 028 | ROUNDUP FUNDING LLC | 901.45 | 901.45 | 901.45 | 0.00 |
| 029 | ECAST SETTLEMENT CORPORATION | 1,006.34 | 236.37 | 236.37 | 0.00 |
| 030 | LVNV FUNDING LLC | 1,008.10 | 1,008.10 | 1,008.10 | 0.00 |
|  | Total Unsecured | 47,677.12 | 46,409.77 | 46,409.77 | 0.00 |
|  | Grand Total: | 54,324.12 | 52,697.58 | 52,262.14 | 264.07 |

Total Paid Claimant:    $52,526.21
Trustee Allowance:    $3,651.18
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008                By  /s/Heather M. Fagan